No. 98–531. FLORIDA PREPAID POSTSECONDARY EDUCATION EXPENSE BOARD *v.* COLLEGE SAVINGS BANK ET AL. C. A. Fed. Cir. [Certiorari granted, 525 U. S. 1064.] Motion of the Solicitor General for divided argument granted to be divided evenly between counsel for College Savings Bank and the Solicitor General.

No. 98–591. ALBERTSON'S, INC. *v.* KIRKINGBURG. C. A. 9th Cir. [Certiorari granted, 525 U. S. 1064.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 98–830. AMOCO PRODUCTION CO., ON BEHALF OF ITSELF AND THE CLASS IT REPRESENTS *v.* SOUTHERN UTE INDIAN TRIBE ET AL. C. A. 10th Cir. [Certiorari granted, 525 U. S. 1118 and 1130.] Motion of Wyoming for leave to participate in oral argument as *amicus curiae* and for divided argument granted to be divided as follows: 20 minutes for petitioner and 10 minutes for Wyoming. JUSTICE BREYER took no part in the consideration or decision of this motion.

No. 98–6322. SLACK *v.* MCDANIEL, WARDEN, ET AL. C. A. 9th Cir. [Certiorari granted, 525 U. S. 1138.] Motion for appointment of counsel granted, and it is ordered that Michael Pescetta, Esq., of Las Vegas, Nev., be appointed to serve as counsel for petitioner in this case.

No. 98–6879. MACE *v.* MISSOURI ET AL. C. A. 8th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [525 U. S. 1066] denied.

No. 98–8434. IN RE KINNEY;
No. 98–8448. IN RE YOUNGBEAR;
No. 98–8468. IN RE ARTIS;
No. 98–8474. IN RE RADOVICH;
No. 98–8503. IN RE HILL; and
No. 98–8520. IN RE HUNDLEY. Petitions for writs of habeas corpus denied.